JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BALLZACK ASSOCIATES, LLC, a Florida limited liability company, and MALE FX LABS LLC, a Florida limited liability company,<br><br>Defendants. | Case No. 5:21-cv-00625-JGB(SPx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Pursuant to a Stipulation for Entry of Judgment and Permanent Injunction filed by Plaintiff Monster Energy Company ("Monster") and Defendants Ballzack Associates, LLC ("Ballzack Associates") and Male FX Labs LLC ("Male FX Labs") (collectively, "Defendants"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116 and 1121 and 28 U.S.C. §§ 1331, 1338, 1367(a). Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b).

2. Monster is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 1 Monster Way, Corona, California 92879.

3. Monster markets and sells the MONSTER™ line of energy drinks, the containers of which display Monster's MONSTER ENERGY®, MONSTER™, or other MONSTER-inclusive marks (collectively, the "MONSTER Marks") and also display Monster's ⓜ ® mark ("Claw Icon Mark"). Monster also uses marks containing the term UNLEASH in connection with its beverages, including, but not limited to, UNLEASH THE BEAST!®, UNLEASH THE NITRO BEAST!®, and UNLEASH THE ULTRA BEAST!® (collectively, the "UNLEASH Marks").

4. Some examples of Monster's products that display the Claw Icon Mark, MONSTER Marks, and/or UNLEASH Marks are shown below.

/ / /

/ / /





5. Monster is the owner of valid U.S. trademark registrations for its MONSTER Marks for beverages and nutritional supplements, and other products and services, including, but not limited to, the following registrations:

| MARK | REG. NO. |
|---|---|
| MONSTER ENERGY | 3,044,315 |
| MONSTER ENERGY | 3,057,061 |
| MONSTER ENERGY | 4,036,680 |
| MONSTER ENERGY | 4,036,681 |
| M MONSTER ENERGY | 3,044,314 |
| M MONSTER ENERGY | 3,134,842 |
| JAVA MONSTER | 3,959,457 |

| MARK | REG. NO. |
|---|---|
| JAVA MONSTER | 5,018,111 |
| LOCA MOCA JAVA MONSTER | 4,058,407 |
| JUICE MONSTER | 4,716,750 |
| LO-CARB MONSTER ENERGY | 3,852,118 |
| MONSTER ASSSAULT | 4,634,053 |
| MONSTER REHAB | 4,111,964 |
| MONSTER REHAB | 4,129,288 |
| MUSCLE MONSTER | 4,376,796 |
| MUSCLE MONSTER | 4,451,535 |
| PUNCH MONSTER | 4,604,556 |
| UBER-MONSTER | 4,234,456 |
| MONSTER ENERGY ULTRA RED | 4,532,292 |
| MONSTER ENERGY ULTRA BLUE | 4,534,414 |
| MONSTER ENERGY ZERO ULTRA | 4,879,793 |

6. Monster is the owner of valid U.S. trademark registrations for its Claw Icon Mark for beverages and nutritional supplements, and other products and services, including, but not limited to, the following registrations:

| MARK | REG. NO. |
|---|---|
| (Claw Icon) | 2,903,214 |
| (Claw Icon) | 3,434,822 |
| (Claw Icon) | 3,434,821 |
| (Claw Icon - green) | 5,022,676 |
| (Claw Icon with MONSTER ENERGY) | 3,134,841 |
| (MONSTER Rehab) | 4,768,827 |
| (MONSTER ENERGY ULTRA RED) | 4,849,688 |
| (MONSTER ASSAULT) | 5,008,850 |

7. Monster is the owner of valid U.S. trademark registrations for its UNLEASH Marks for beverages and nutritional supplements, and other products and services, including, but not limited to, the following registrations:

| MARK | REG. NO. |
|---|---|
| UNLEASH THE BEAST! | 2,769,364 |

-4-

| MARK | REG. NO. |
|---|---|
| UNLEASH THE BEAST! | 5,820,901 |
| UNLEASH THE NITRO BEAST! | 4,394,044 |
| UNLEASH THE NITRO BEAST! | 5,622,925 |
| UNLEASH THE ULTRA BEAST! | 4,371,544 |
| UNLEASH THE ULTRA BEAST! | 5,633,094 |

8. Pursuant to 15 U.S.C. § 1065, U.S. Trademark Registration Nos. 3,044,315; 3,057,061; 4,036,680; 4,036,681; 3,134,842; 3,959,457; 4,058,407; 4,716,750; 3,852,118; 4,634,053; 4,111,964; 4,129,288; 4,376,796; 4,451,535; 4,604,556; 4,234,456; 4,532,292; 4,534,414; 2,769,364; 4,394,044; and 4,371,544 identified above are incontestable.

9. Defendants Ballzack Associates and Male FX Labs are each limited liability companies organized and existing under the laws of the State of Florida and each have a place of business at 1634 Scarlet Oak Loop, Winter Garden, Florida 34787.

10. Defendants market and sell supplement products, including the RED MONSTER and RED ENERGY products shown below.



1   11.     As shown for example in Paragraph 10 above, Defendants use MONSTER-inclusive marks, UNLEASH-inclusive marks, and/or a stylized "M" mark in connection with their supplement products.

12.     On April 8, 2021, Monster filed a Complaint against Defendants for: (i) trademark infringement, and false designation of origin under 15 U.S.C. § 1125(a); (ii) trademark infringement under 15 U.S.C. § 1114; (iii) trademark dilution under 15 U.S.C. § 1125(c); (iv) unfair competition under California Business & Professions Code § 17200 *et seq.*; and (v) California common-law unfair competition.

13.     Monster asserts that Defendants are infringing Monster's rights in the MONSTER Marks, UNLEASH Marks, and Claw Icon Mark (hereinafter collectively, the "Asserted Marks"), and diluting the distinctive qualities of Monster's Claw Icon Mark, by marketing and selling the products shown in Paragraph 10 above and otherwise using the UNLEASH THE MONSTER WITHIN, RED MONSTER, m, and UNLEASH THE ENERGY WITHIN marks shown on the product packaging.

14.     Defendants acknowledge that Monster's trademark registrations listed in Paragraphs 5-7 above are valid and enforceable. Defendants also acknowledge that, as a result of Monster's substantial and continuous use of the Asserted Marks, Monster is also the owner of common-law rights in the Asserted Marks.

15.     Defendants are not now, nor have they ever been, associated, affiliated, or connected with Monster. Monster did not authorize Defendants to use any of the Asserted Marks or any confusingly similar marks.

16.     Defendants' use of the UNLEASH THE MONSTER WITHIN, RED MONSTER, m, and UNLEASH THE ENERGY WITHIN marks, including, for example, as shown on the product packaging in Paragraph 10 above, is likely to cause confusion with the Asserted Marks and to dilute the distinctive qualities of

the Claw Icon Mark, and therefore the foregoing constitutes trademark infringement, false designation of origin, trademark dilution, and unfair competition.

**NOW, THEREFORE, IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

A. Final judgment is entered in favor of Monster and against Defendants on Monster's claims for: (i) trademark infringement and false designation of origin under 15 U.S.C. § 1125(a); (ii) trademark infringement under 15 U.S.C. § 1114; (iii) trademark dilution under 15 U.S.C. § 1125(c); (iv) unfair competition arising under California Business & Professions Code § 17200 *et seq.*; and (v) California common-law unfair competition.

B. Defendants, their agents, servants, employees, attorneys, successors, and assigns, and all other persons in active concert or participation with Defendants who receive actual notice of this injunction by personal service or otherwise, are forthwith permanently enjoined from:

i. using the UNLEASH THE MONSTER WITHIN, RED MONSTER, , and UNLEASH THE ENERGY WITHIN marks, or any other marks confusingly similar to Monster's Asserted Marks, in connection with the manufacture, sale, offer to sell, promotion of, or distribution of any goods or services, including, but not limited to, on Defendants' supplement products, or in any manner that is likely to create the impression that Defendants' goods originate from Monster, are endorsed by Monster, are sponsored by Monster, or are connected in any way with Monster;

ii. filing any applications for registration of any marks confusingly similar to Monster's Asserted Marks;

/ / /

/ / /

|     |      |                                                                                                                                                 |
| --- | ---- | ----------------------------------------------------------------------------------------------------------------------------------------------- |
|     | iii. | otherwise infringing any of Monster's Asserted Marks, or any of Monster's other trademarks that include the terms MONSTER or UNLEASH;           |
|     | iv.  | diluting the distinctive qualities of the Claw Icon Mark or MONSTER ENERGY® mark;                                                               |
|     | v.   | falsely designating the origin of Defendants' goods in any manner suggesting that the goods originate from Monster;                             |
|     | vi.  | unfairly competing with Monster in any manner whatsoever; and                                                                                   |
|     | vii. | causing a likelihood of confusion or injury to Monster's business reputation.                                                                   |

C. The parties shall be subject to the jurisdiction of this Court in connection with any dispute relating to enforcing the terms of this Final Judgment and Permanent Injunction.

D. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 24, 2021

Hon. Jesus G. Bernal
United States District Judge